LAW OFFICE OF FRANK SORRENTINO
FRANK SORRENTINO, ESQ.
Nevada Bar No.: 000421
ANTHONY V. SORRENTINO, ESQ.
Nevada Bar No.: 000420
1118 East Carson Avenue
Las Vegas, Nevada 89101
(702) 384-6824
Attorney for Debtor

E-Filed On: 12-03-2009

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re

**HELEN L. BRITTON aka**
**HELEN L. MURPHY (Deceased)**

      Debtor

Case No.: BK-S-09-25973-LBR
Chapter 7

DATE: N/A
TIME: N/A

## SUGGESTION OF DEATH UPON THE RECORD

**TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE DEBTORS, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST**

**PLEASE TAKE NOTICE** that the LAW OFFICE OF FRANK SORRENTINO, Attorneys for Debtor, HELEN L. BRITTON (Deceased), notifies the Court and the Trustee, YVETTE WEINSTEIN, of the death of the Debtor, HELEN L. BRITTON, on October 5th, 2009, as shown by a copy of her death certificate which is attached hereto, and enters this Suggestion of Death Upon the Record.

DATED this 3rd day of December, 2009.

LAW OFFICE OF FRANK SORRENTINO

By: /s/ Anthony Sorrentino
ANTHONY SORRENTINO, ESQ.
Nevada Bar # 000420
1118 East Carson Avenue
Las Vegas, Nevada 89101
Attorney for Debtor

# STATE OF NEVADA
## DEPARTMENT OF HUMAN RESOURCES
### DIVISION OF HEALTH — VITAL STATISTICS

## CERTIFICATE OF DEATH

**State File Number:** 2009014456

**DECEDENT**
- 1. Deceased-Name: Helen Louise BRITTON
- 2. Date of Death: October 05, 2009
- 3a. County of Death: Clark
- 3b. City, Town, or Location of Death: Las Vegas
- 3c. Hospital or Other Institution: University Medical Center
- 3e. If Hosp. or Inst., indicate DOA, OP/Emer. Rm., Inpatient: Emergency Room / Outpatient
- 4. Sex: Female
- 5. Race: Black
- 6. Hispanic Origin: No - Non-Hispanic
- 7a. Age-Last birthday (Years): 81
- 8. Date of Birth: April 01, 1928
- 9a. State of Birth: Alabama
- 9b. Citizen of What Country: United States
- 10. Education: 12
- 11. Married, Never Married, Widowed, Divorced: Widowed
- 13. Social Security Number: 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
- 14a. Usual Occupation: Homemaker
- 14b. Kind of Business or Industry: Own Home
- 15a. Residence - State: Nevada
- 15b. County: Clark
- 15c. City, Town or Location: Las Vegas
- 15d. Street and Number: 1304 Riverside Drive
- 15e. Inside City Limits: Yes

**PARENTS**
- 16. Father - Name: James JOHNSON
- 17. Mother - Name: Fannie Lee ROBINSON

**DISPOSITION**
- 18a. Informant - Name: Patricia BRITTON
- 18b. Mailing Address: 1304 Riverside Drive Las Vegas, Nevada 89106
- 19a. Burial, Cremation, Removal, Other: Burial
- 19b. Cemetery or Crematory - Name: Davis Memorial Park
- 19c. Location: Las Vegas Nevada 89119
- 20a. Funeral Director - Signature: DAVID BUNKER (Signature Authenticated)
- 20b. Funeral Director License: 10
- 20c. Name and Address of Facility: Davis Funeral Home and Memorial Park, 6200 S Eastern Las Vegas NV 89119

**CERTIFIER**
- 21a. Signature & Title: RIZWAN TOHKI MD (Signature Authenticated)
- 21b. Date Signed: October 06, 2009
- 21c. Hour of Death: 13:57
- 23a. Name and Address of Certifier: RIZWAN TOHKI MD, 1800 W. Charleston Blvd, Las Vegas, NV 89102
- 23b. License Number: 11957

**REGISTRAR**
- 24a. Registrar: NINETTE HARRINGTON (Signature Authenticated)
- 24b. Date Received by Registrar: October 07, 2009
- 24c. Death Due to Communicable Disease: NO [X]

**CAUSE OF DEATH**
- 25. Immediate Cause (Part I)(a): Cardiopulmonary arrest

---

"CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE WITH THE REGISTRAR OF VITAL STATISTICS, STATE OF NEVADA." This copy was issued by the Southern Nevada Health District from State certified documents as authorized by the State Board of Health pursuant to NRS 440.175.

**NOT VALID WITHOUT THE RAISED SEAL OF THE SOUTHERN NEVADA HEALTH DISTRICT**

Lawrence K. Sands, D.O., M.P.H.
Registrar of Vital Statistics
By: [signature]
Date Issued: NOV 06 2009

SOUTHERN NEVADA HEALTH DISTRICT • 625 Shadow Lane P.O. Box 3902 • Las Vegas, Nevada 89127 • 702-759-1010 • Tax ID# 88-0151573

## CERTIFICATE OF MAILING

It is hereby certified that on the 3rd day of December, 2009, I mailed a copy of the **SUGGESTION OF DEATH UPON THE RECORD** to all persons in this action in the United States Mail, postage pre-paid, addressed to their last known addresses on the attached matrix, and to the Trustee as follows:

Yvette Weinstein
Chapter 7 Trustee
6450 Spring Mountain Road, # 14
Las Vegas, Nevada 89146

United States Bankruptcy Court
300 Las Vegas Blvd. South
Las Vegas, Nevada 89101

/s/ Angela P. Ballard
An employee of LAW OFFICE OF FRANK SORRENTINO

```
Label Matrix for local noticing       WELLS FARGO BANK, N.A.                United States Bankruptcy Court
0978-2                                 C/O MCCALLA, RAYMER, LLC              300 Las Vegas Blvd., South
Case 09-25973-lbr                      1544 OLD ALABAMA ROAD                 Las Vegas, NV 89101-5833
District of Nevada                     BANKRUPTCY DEPARTMENT
Las Vegas                              ROSWELL, GA 30076-2102
Fri Nov 27 17:18:25 PST 2009

AT&T                                   Aargon Agency Inc                    Allied Collection Serv
Acct No 2826                           Acct No 1896001798                   Acct No 602116101
PO Box 8212                            3025 W Sahara Ave                    3080 S Durango Dr Ste 20
Aurora, IL 60572-8212                  Las Vegas, NV 89102-6094             Las Vegas, NV 89117-9193


Anderson Crenshaw Asso                 Arrow Financial Services             Bay Area Credit Serv
Acct No 556257                         Acct No 9540                         Acct No 75336229
12801 N Central Expy Ste               5996 W. Touhy Ave.                   50 Airport Parkway Suite 100
Dallas, TX 75243-1716                  Niles, IL 60714-4610                 San Jose, CA 95110-1036


Cap One                                (c)CAVALRY PORTFOLIO SERV            Chase Bank Usa, Na
Acct No 486236240758                   ACCT NO 12744819                     Acct No 436147190043
Po Box 85520                           7 SKYLINE DR STE 350                 Po Box 15298
Richmond, VA 23285-5520                HAWTHORNE NY 10532-2162              Wilmington, DE 19850-5298


Crd Prt Asso                           Credit Protection Asso               Financial Asset Management
Acct No 1286985995                     Acct No 1286985833                   Acct No 2826
One Galleria Tower                     13355 Noel Rd Ste 2100               PO Box 451409
Dallas, TX 75240                       Dallas, TX 75240-6837                Atlanta, GA 31145-9409


GEMB/Lenscrafters                      Gemb/Care Credit                     HC Processing Center
Acct No 9540                           Acct No 601918034955                 Acct No 3660
PO Box 981439                          Po Box 981439                        PO Box 829
El Paso, TX 79998-1439                 El Paso, TX 79998-1439               Springdale, AR 72765-0829


Nevada Department of Taxation          Plusfour Inc.                        Tate & Kirlin Assoc.
555 E. Washington, Ste. #1300          Acct No PLS41320011905790            Acct No 9540
Las Vegas, NV 89101-1046               6345 S Pecos Rd Ste 212              2810 Southampton Rd.
                                       Las Vegas, NV 89120-6224             Philadelphia, PA 19154-1207


U.S. TRUSTEE - LV - 7                  ANTHONY V. SORRENTINO                HELEN L. BRITTON
300 LAS VEGAS BOULEVARD, SO.           1118 E. CARSON AVE.                  1304 RIVERSIDE DR.
SUITE 4300                             LAS VEGAS, NV 89101-5327             LAS VEGAS, NV 89106-1421
LAS VEGAS, NV 89101-5803


YVETTE WEINSTEIN
6450 SPRING MTN RD #14
LAS VEGAS, NV 89146-8836
```

            Addresses marked (c) above for the following entity/entities were corrected
                as required by the USPS Locatable Address Conversion System (LACS).

Cavalry Portfolio Serv
Acct No 12744819
7 Skyline Dr Ste 3
Hawthorne, NY 10532

End of Label Matrix
Mailable recipients    24
Bypassed recipients     0
Total                  24